AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central

_____ District of ___Massachusetts___

Colleen O'Donnell

V.

JOHN ASHCROFT IN HIS OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF THE UNITED STATES
AND HEAD OF THE DEPARTMENT OF JUSTICE
AND FEDERAL BUREAU OF PRISONS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-40190 FDS

TO: (Name and address of Defendant)

United States Attorney
Room 206
Federal Bldg & Courthouse
595 Main Street
Worcester, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dawn D. McDonald, Esq.
Cooley, Shrair, P.C.
1380 Main Street
Springfield, MA 01103

an answer to the complaint which is served on you with this summons, within ___60___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____          DATE _September 22, 2004_
CLERK

_Kathleen Bassett_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

10/14/2004

I hereby certify and return that on 10/13/2004 at 10:38am I served a true and attested copy of the Summons and Complaint and Demand for Jury Trial in this action in the following manner: To wit, by delivering in hand to JOHN HODGENES, agent, person in charge at the time of service for UNITED STATES ATTORNEY ROOM 206 FEDERAL BUILDING AND COURTHOUSE at 595 MAIN ST RM206, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff. Kenneth R Hannam

**Deputy Sheriff**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    Signature of Server


                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.