UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40190-FDS

| | |
|---|---|
| COLLEEN O'DONNELL<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| JOHN ASHCROFT IN HIS OFFICAL<br>CAPACITY AS ATTORNEY GENERAL<br>of the UNITED STATES AND HEAD OF<br>DEPARTMENT OF JUSTICE AND<br>FEDERAL BUREAU OF PRISONS<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Plaintiff, Colleen O'Donnell, by and through her undersigned counsel, and respectfully requests this Honorable Court continue the Scheduling Conference of the above-entitled action, which is currently scheduled to be heard on March 7, 2005.

As reason therefor, the Plaintiff's attorney states she will be out of the country on a prepaid vacation the week of March 5, 2005, through March 12, 2005. Plaintiff's counsel has conferred with defense counsel who has assented to this motion.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court to continue the Scheduling Conference of the above-entitled action to another date the Court deems appropriate.

| THE DEFENDANT<br>BY HIS ATTORNEY | THE PLAINTIFF<br>BY HER ATTORNEY |
|---|---|
| /s/ Damian Wilmot (ddm)<br>Damian Wilmot, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley Federal Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3398 | /s/ Dawn D. McDonald<br>Dawn D. McDonald, Esq.<br>BBO# 647256<br>Cooley Shrair<br>1380 Main Street<br>Springfield, MA 01103<br>(413) 781-0750<br>(413) 733-3042 (fax) |

DATED: February 8, 2005

## CERTIFICATE OF SERVICE

I, Dawn D. McDonald, Esq., certify that on this ____9th____ day of February, 2005, I caused a copy of the foregoing motion to be served upon the Defendant's attorney, Damian Wilmot, Esq., Assistant U.S. Attorney, John Joseph Moakley Federal Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Dawn D. McDonald, Esq.