UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COLLEEN O'DONNELL,**<br><br>Plaintiff,<br><br>v.<br><br>**ALBERTO R GONZALES,** ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No: 04-40190-FDS |

### DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Defendants hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

FEDERAL BUREAU OF PRISONS
By its attorney,

KELLY L. McDONALD, ESQ.

By: _____
Kelly L. McDonald, Esq.
Assistant General Counsel
Office of General Counsel
Labor Law Branch-Dallas
4211 Cedar Springs Road
Dallas, TX 75219
(214) 224-3429

Dated: March 7, 2005

UNITED STATES OF AMERICA,
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Damian W. Wilmot
Assistant U.S. Attorney
1 Courthouse Way., Ste 9200
Boston, MA 02210
(617) 748-3398