UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN O'DONNELL,<br><br>    Plaintiff,<br><br>V.<br><br>ALBERTO R. GONZALES, ATTORNEY<br>GENERAL, U.S. DEPARTMENT OF JUSTICE,<br>    Defendant, | Civil Action No: 04-40190-FDS<br><br>**PLAINTIFF'S STIPULATION OF DISMISSAL OF COUNT I ONLY OF THE PLAINTIFF'S COMPLAINT** |

Now comes the Plaintiff in the above-entitled matter and hereby withdraws Count I only of her Complaint in the above-entitled matter for sex discrimination in violation of Title VII of the United States Civil Rights Act of 1964.

WHEREFORE, the Plaintiff respectfully requests that the Court withdraw Count I only of the Plaintiff's Complaint in the above-entitled matter.

The Plaintiff,

Colleen O'Donnell

Dated: October 24, 2005

By her attorney:

"/S!" Dawn D. McDonald
Dawn D. McDonald, Esq.
BBO# 647256
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103
(413) 781-0750 (p)
(413) 733-3042 (fax)
dmcdonald@cooleyshrair.com

**CERTIFICATE OF SERVICE**

I, Dawn D. McDonald, hereby certify that I caused the foregoing to be served upon the Defendant by mailing a copy thereof on this 24t[h] day of October, 2005, via first class mail as follows: Damian Wilmot, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

"/S!" Dawn D. McDonald
Dawn D. McDonald

85060