UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
COLLEEN O'DONNELL,              )
                                )
      Plaintiff,                )
                                )   Civil Action No: 04-40190-FDS
      v.                        )
                                )
ALBERTO R. GONZALES, ATTORNEY   )
GENERAL, U.S. DEPARTMENT        )
OF JUSTICE,                     )
                                )
      Defendant.                )
```

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant, Alberto R. Gonzales, the Attorney General for the United States of America, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby moves for summary judgment on all of Plaintiff Colleen O'Donnell's claims.  In support of this Motion, Defendant submits the accompanying Memorandum of Law in Support of his Motion for Summary Judgment, which sets forth the Government's arguments in detail.

Dated: March 16, 2006                ALBERTO R. GONZALES,
                                     Attorney General, U.S.
                                     Department of Justice

                                     By his attorney,

                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                                     By: /s/ Damian W. Wilmot
                                         Damian W. Wilmot
                                         Assistant U.S. Attorney
                                         1 Courthouse Way., Ste 9200
                                         Boston, MA  02210
                                         (617) 748-3398