**EXHIBIT 3**



## POSITION DESCRIPTION

Correctional Officer
(Inmate Systems Officer)
GS-007-07

### INTRODUCTION

This position is located in the Inmate Systems Department at a correctional institution. The Inmate Systems Department is a multi-faceted operation, consisting of mail room, receiving and discharge, and inmate records office. Position involves a wide range of duties that require knowledge in the areas of Mail Room and Receiving and Discharge operations. This position also requires knowledge in: postal regulations, court processes, interpretation of legal instruments, compliance of court directives, correctional security procedures and contact with a variety of law enforcement agencies.

### MAJOR DUTIES AND RESPONSIBILITIES

Under the general supervision of the Assistant Inmate Systems Manager or Inmate Systems Supervisor, the employee is fully accountable for all functions of the department, which include the admission and releasing system, physical processing, prevention of contraband introduction, identification, safeguarding and disbursing of personal property along with cash monies and negotiable instruments, records maintenance, security and control of records, delivery and processing of mail and packages, coordination of prisoner transfers, management of trust fund data systems, detection and deterrence of contraband.

In many instances the incumbent will be the inmate's initial contact with the Federal Prison System. The incumbent will be processing inmates in which he/she has little or no knowledge about the inmate's health, emotional stability, criminal record, behavior patterns, etc. The incumbent must be able to work with these inmates in an effective, firm but fair manner.

As a technical expert in the areas of Mail Room and Receiving and Discharge operations the duties include the following; requiring proper identification of inmates and law enforcement agents upon entering and departing the institution, preventing contraband from entering the institution by pat/strip searches of all incoming and outgoing inmates, processing all new commitments (fingerprints, photos, property inventory, commissary cards, completion of all unit cards, etc.), preparing all incoming/outgoing Marshals' receipts and property manifests,

handling disposal/distribution of property for inmates out to court, writs, escapes, utilizing post mortem kit, completing pass book information, utilizing transfrisker device, maintaining security of holding cells, participating in emergency situations as needed, conducting Sentry transactions according to inmate admission/release, conducting clothing exchanges for court appearances, and processing inmate funds. Ensures proper paperwork is given to the inmate upon his or her release from the institution.

The employee sorts, screens, opens and inspects all incoming inmate mail, identifies and separates staff mail and must be knowledgeable in the area of letter bomb detection. Other Mail Room duties include; contraband detection, verification of negotiable instruments, maintaining package authorization file, maintaining change of address card files, processing/identifying legal and special mail, maintaining logs, and forwarding mail for inmates and staff who may have transferred from the institution.

Monitors inmate to inmate correspondence, completes reject notices, assists the SIS in investigative matters concerning mail, processes foreign currencies, maintains community relations with Postal Inspectors, assists inmates in certification and insuring inmate property, operates X-Ray equipment, returns rejected correspondence (i.e. negotiable instruments, books, and photographs) in accordance with established procedures, and ensures first class mail is delivered within a 24-hour period.

The employee must remain abreast of all new procedures affecting writs of habeas corpus, removal or extradition to other jurisdictions and is in continuous contact with inmates, and other governmental representatives concerning the above listed subjects. Also coordinates legal exchanges of custody with non-federal as well as other federal agencies.

Along with all other correctional institution employees, incumbent is charged with responsibility for maintaining security of the institution. The staff correctional responsibilities precede all others required by this position and are performed on a regular and recurring basis.

Specific correctional responsibilities include custody and supervision of inmates, responding to emergencies and institution disturbances, participating in fog and escape patrols, and assuming correctional officer posts when necessary. The incumbent is required to shakedown inmates, conduct visual searches of inmate work and living areas for contraband, and is responsible for immediately responding to any institution

emergencies. The incumbent must be prepared and trained to use physical control in situations where necessary, such as in fights among inmates, assaults on staff, and riots or escape attempts.

Incumbent has the authority to enforce criminal statutes and/or judicial sanctions, including investigative, arrest and/or detention authority on institution property. When necessary, incumbent also has the authority to carry firearms and exercise appropriate force to establish and/or maintain control over individuals. When conditions warrant, the employee may enter into hostile or life threatening situations and may be required to make decisions affecting the life, well-being, civil liberties, and/or property of others. The actions of the incumbent could result in personal sanctions and legal liability.

Incumbent must successfully complete specialized training in firearms proficiency, self defense, management of medical emergencies, safety management and interpersonal communication skills.

FACTOR 1 - KNOWLEDGE REQUIRED BY THE POSITION

The employee must possess a complete knowledge of the laws that affect the Bureau of Prisons' mission and that impact upon the freedom of incarcerated individuals. These laws are primarily contained in the U.S. Codes and District of Columbia Code.

Employee must possess knowledge of legal resources contained in the Mail Management Manual, Domestic Mail Manual, and Receiving and Discharge Manual, program statements, court decisions and precedents, the Code of Federal Regulations, and the Federal Register. The employee must possess an ability to understand and interpret the material in these references and to extract those portions that impact upon the Bureau of Prisons. The employee must pass a written test covering the Bureau's policy on the Central Inmate Monitoring System. Failure to pass the test after three attempts, may result in the employee's removal and/or reassignment.

Employee must possess knowledge of related programs in other agencies, i.e. U.S. Marshals Service, FBI, U.S. Immigration Service, Secret Service, U.S. Probation Service, federal courts and other federal and state agencies.

The employee must possess and apply an extensive knowledge of acceptable security practices in order to insure the safety of staff and prevention and detection of contraband through the U.S. Mail, inmate property and on or within body cavities of committed

SPA023

BOP1079

offenders, through proper strip search procedures including use of the transfrisker.

The employee must possess knowledge in the use of Post-Mortem kit for the proper identification of deceased inmates.

Employee must also possess knowledge of proper security practices and policies relating to security of ADP equipment.

The employee must possess knowledge of proper purchasing and inventory practices.

The employee must possess knowledge of the Bureau's Trust Fund Manual as it relates to the proper handling, receipt and disposition of currency, both foreign and U.S., and other forms of negotiable instruments.

The employee must possess knowledge of agency policy relating to the proper disposition of abandoned property.

The employee must possess knowledge of acceptable fingerprinting procedures and the proper identification and comparison of prints for insuring the correct release of inmates.

The employee must possess knowledge and ability to use personal computers, transfrisker detection device, fluoroscope, camera equipment and other technological equipment used in the correctional environment for identification, detection of contraband and information hookups with other agencies or headquarters office.

The employee must possess knowledge of various forms of legal instruments that are initiated by the state and federal courts, U.S. Attorney's office, U.S. Marshals Service, U.S. Parole Commission, state correctional agencies and many other government agencies. This also includes the correct interpretation of the legal instrument and the correct application of federal and state laws and agency policies and procedures.

The employee must possess general knowledge of tattoos and insignias specifically related to certain prison gangs or street gangs, as to identify potential security threats to the facility.

The employee must possess knowledge of agencies manuals relating to the movement of prisoners via Bureau of Prisons' buses, U.S. Marshals' Airlift and other modes of transportation.

Employee must possess knowledge of locator center procedures which include screening calls, and recognition of special procedures for dealing with federally protected witness security cases.

The employee must possess knowledge of Freedom of Information and Privacy Act policies and procedures.

Employee must possess knowledge of proper screening procedures when processing inmates for commitment and or discharge. This requires the employee to be alert to medical or psychological problems, introduction of contraband, escape attempts through means of falsifying documents or attempting hostage situations to gain freedom.

Skill in the identification of narcotics and narcotic paraphernalia.

Knowledge of search procedures of persons and property for contraband.

Must be familiar with safety procedures for staff and inmate workers.

Thorough knowledge of BOP regulations to enforce security measures and protect life and property. Work within a prison environment requires a special ability for alertness requiring keen mental and physical effort. Incumbent must be aware of group or individual tensions, alert to unpredictable behavior, and generally sensitive to signs of trouble which could result in injury.

FACTOR 2 - SUPERVISORY CONTROLS

Functions under the general supervision of the Assistant Inmate Systems Manager or Inmate Systems Supervisor from whom he/she receives oral and written instructions. He/she may also receive direction and guidance from a higher graded officer. Incumbent receives specific training in preparation for increased responsibilities. Work is reviewed by means of evaluation of written reports, oral reports and infrequent observation of certain details by supervisors.

FACTOR 3 - GUIDELINES

Guidelines consist of applicable legislation, agency manuals, and program statements as well as directives from other agencies

(e.g., U.S. Parole Commission and the U.S. Marshals Service), agency precedent decisions, court decisions, legal publications, U.S. Code, and other pertinent regulations.

Technical knowledge required for the position is acquired through continued study and practical application and experience. Guides used by the employee are not always absolute, and therefore cannot always be considered the final authority for resolving an issue.

### FACTOR 4 - COMPLEXITY

The employee reviews legal instruments and supporting documents, obtains additional data or information to reconcile discrepancies or inconsistencies, and determines whether the instruments conform with applicable laws, rules, regulations, precedent decisions, procedures, policies, and other criteria.

Initiates action to resolve any discrepancies related to Receiving and Discharge and Mail Room Operations.

The employee is required to apply policies and procedures relating to the security of the institution for detection and deterrence of contraband, prevention of escape, and proper identification of inmates and agents who transport them.

Security concerns that are inherent in a correctional environment further increase the extent and nature of complexity. Incumbent has direct and frequent daily contact with inmates. Motivation of inmates to want to learn must be encouraged and developed. In addition to regular duties, the staff are also responsible for maintaining security of the institution through observation of inmate behavior, maintenance of discipline, accountability of tools, and counseling of inmates on institutional and personal problems. Security concerns are a regular and recurring part of the job.

### FACTOR 5 - SCOPE AND EFFECT

The work performed by the employee affects the agency by resolving legal problems associated with Receiving and Discharge and Mail Room Operations and other related areas that are confined to this specialized category.

Employee provides technical support to the ISM and institution management, by insuring that the work is current, accurate and in conformance with current statutes, policies and law. The work affects the reliability and dependability of the department.

The incumbent serves as the person who evaluates incoming legal instruments. A wrong interpretation or mis-reading of any commitment or release document may result in an unlawful admission or release of an inmate.

The majority of the work performed in this position requires 100% accuracy. There is no margin for error.

Through direct contact with the inmate population, the employee notifies inmates of Mail Management procedures, provides explanations concerning inmate property, and other information relating to Mail Room and Receiving and Discharge operations.

Provides inmates with the opportunity to resolve their questions and complaints by responding to their concerns during Open House hours.

FACTOR 6 - PERSONAL CONTACTS

Serves as liaison with the U.S. Marshals, the courts, committing agencies, local law enforcement agencies, Federal Bureau of Investigation, U.S. Postal Service, and many other local, state and federal law enforcement agencies and foreign governments. Contacts are made with the general public, such as inmate's family, representatives of law firms, including attorneys, federal and state law enforcement agency personnel, U.S. Postal Service, Federal Courts and a variety of other agencies.

Incumbent has direct and frequent contacts with inmates and through these contacts, may impact their attitudes and behavior.

FACTOR 7 - PURPOSE OF CONTACTS

Contacts are to obtain and exchange factual information, to advise on progress achieved in answering inmate appeals or other problems generated by the contact of others. The employee provides advice, information and explanations about the work to these contacts.

Contacts are to explain certain provisions of laws, regulations, and program statements and to answer questions that go into complex explanations for which the employee must simplify for the majority of persons to understand. This of course is caused due to the nature and complexity of the Mail Room and Receiving and Discharge areas.

Often the employee deals with parties who attempt to seek restricted information. This requires the employee to exercise extreme caution when dealing with non-law enforcement persons.

Contacts with inmates are primarily to attempt to change their undesirable attitudes and behavior patterns towards socially acceptable behavior and to establish positive correctional attitudes. Incumbent has frequent opportunities to influence the attitudes and behavior of inmates by informal guidance and counseling.

## FACTOR 8 - PHYSICAL DEMANDS

Walking, standing, bending and lifting up to 75 pounds during performance of duties is required. Work will range from routine to unusual, calm to hectic. Incumbent must be able to withstand pressure in reacting to a variety of requests for information and services.

## FACTOR 9 - WORK ENVIRONMENT

All staff in the correctional facility, regardless of their occupations, are expected to perform law enforcement functions. As a result, the incumbent is regularly subject to physical hazards and dangerous conditions such as assaults and hostage situations. Due to the potential for uncontrollable situations to occur in a correctional institution, the level of risk for hazardous and stressful working conditions is very high.

The duties of this position require frequent, direct contact with individuals in detention suspected or convicted of offenses against the criminal laws of the United States. Daily stress and exposure to potentially dangerous situations such as physical attack are an inherent part of this position; consequently, it has been designated as a law enforcement position. Accordingly, the incumbent is covered under the special retirement provisions for law enforcement officers contained in Chapters 83 and 84 of Title 5, United States Code.