**EXHIBIT 7**

 

**U.S. Department o** ~~~~ **:e**

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Medical Center, Devens**

CONFIDENTIAL

P.O. Box 880
Ayer, MA 01432

April 8, 2002

MEMORANDUM FOR DAVID L. WINN, WARDEN

From:     David E. Porter Jr., Executive Assistant

RE:  Workplace Violence Committee meeting

Purpose of Workplace Violence Committee:

On Monday, April 8, 2002, a workplace violence committee was assembled to review whether or not a threat exists after Colleen O'Donnell, Inmate Systems Officer reported that David Reynoso, SIS Technician had assaulted her. Specifically, Ms. O'Donnell alleged that she met Mr. Reynoso at Mirror Lake at which time he allegedly kicked and pushed her. She has alleged that they have had an on-going relationship for about 3 years now, and she met him at the lake to confront him about him getting married. It should be noted that although this allegedly occurred off the institution property, it did occur during official government working time, approximately 9:30 A.M, on Monday, April 8, 2002. Following the alleged incident, Mr. Reynoso went home on annual leave and Ms. O'Donnell was given administrative leave for the remainder of the day. The committee met to evaluate whether the incident met the definition of Workplace Violence and conduct a threat assessment.

Committee Members:

David Porter, Executive Assistant (Chair)
Edward Motley, Associate Warden of Medical
Cindy Lord, Human Resource Manager
Michael Bollinger, Captain
Patrick Ward, Staff Attorney
Ann Zgrodnik, Staff Attorney
Steve Gagnon, Inmate Systems Manager
Dennis Duffy, Special Investigative Agent
Dennis Becotte, Chief of Psychology Services

Committee Findings:

The committee found that the alleged incident did not meet the definition of workplace violence, but has a definite ability to result in workplace violence.

Committee Recommendations:
1. The committee decided to reconvene on Tuesday, April 9, 2002 at 9:00 A.M. to further consider this incident based on how the Massachusetts State Police responds.
2.  The committee did recommend that should Mr. Reynoso be arrested, he be placed on immediate Home Duty status.

CC: Committee questions concerning a possible threat assessment

BOP5670



1) **RE**PORTED INCIDENT

- <u>Severity</u>

    - Did any staff or others suffer actual physical harm?
      **Committee Response: Yes**
    - How much potential danger/harm were staff exposed to?
      **Committee Response: Significant**
    - Did staff or others feel threatened or in danger?
      **Committee Response: yes**

- <u>Motivation</u>

    - What precipitated or "triggered" this incident?
      **Committee Response: Complaint of an outside relationship by the alleged victim.**
    - Are the same or similar triggers likely to reoccur?
      **Committee Response: Yes**

- <u>Aftermath</u>

    - Has the original precipitant or situation been resolved?
      **Committee Response: No**
    - Do all parties agree that the situation is resolved?
      **Committee Response: No**
    - Does the alleged perpetrator(s) continue to exhibit threatening or intimidating behavior?
      **Committee Response: Unknown**
    - Do any staff or others continue to feel threatened or in danger?
      **Committee Response: Yes**

2) **V**IOLENCE HISTORY

    - Is there any evidence of previous violence or threatening behavior, either on or off the job?
      **Committee Response: No evidence although it was reported that this abuse has been ongoing for over 3 years.**

- <u>Frequency/Recency/Severity</u>

    - How often has violent or threatening behavior occurred?
      **Committee Response: Unknown**
    - Has violent or threatening behavior occurred recently?
      **Committee Response: Yes, on Monday, April 8, 2002**
    - Did past violence result in actual physical harm to others?
      **Committee Response: Unknown**
    - How much potential danger or harm were others exposed to?
      **Committee Response: Unknown**
    - Do others continue to feel threatened or in danger?
      **Committee Response: Yes**

- <u>Targets</u>

    - Who or what were the "target(s)" of previous violent or

**CONFIDENTIAL**

Committee     ...se: N/A
- Do the same or similar target(s) exist in the work environment?
  **Committee Response:** Yes
- If yes, does the alleged perpetrator(s) exhibit threatening or intimidating behavior in relation to the target(s)?
  **Committee Response:** Yes

- **Motivation**
  - What precipitated or "triggered" past violent behavior?
    **Committee Response:** Unknown
  - Are the same or similar triggers likely to (re)occur in the work environment?
    **Committee Response:** Yes
  - Is there any reason or evidence to suggest that past triggers are no longer relevant?
    **Committee Response:** No

3) **INDIVIDUAL FACTORS**

   - Is there any evidence of alcohol or other substance abuse?
     **Committee Response:** No
   - Is the individual known to be preoccupied with weapons or other violent "themes"?
     **Committee Response:** No
   - Is there any evidence of a past or present psychiatric condition?
     **Committee Response:** No
   - Has there been a recent, abrupt change in the individual's behavior
     **Committee Response:** Yes, mood changes as of about 1 week ago
   - Does the individual....

     --tend to think that s/he is treated unfairly?
     **Committee Response:** No
     --tend to blame others, hold grudges, or brood?
     **Committee Response:** No
     --tend to display moral righteousness/indignation?
     **Committee Response:** No

4) **ENVIRONMENTAL FACTORS**

   - Are there any known stressors or negative changes in the individual's life?
     **Committee Response:** Marriage
   - Is quality social support (friends, family) available?
     **Committee Response:** Unknown
   - If available, does s/he tend to rely on supportive others?
     **Committee Response:** Unknown

5) **WORK PERFORMANCE/CONDUCT**

   - Do other interpersonal difficulties or conflicts with coworkers or supervisors exist?
     **Committee Response:** No

BOP5672

   Committee Response: No
- Have there been any previous investigations or adverse actions taken against the individual?
  Committee Response: No
- Does s/he have poor work habits or a "negative" attitude?
  Committee Response: No

BOP5673