**EXHIBIT 9**



U.S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Devens



P.O. Box 880
Ayer, MA 01432

April 12, 2002

Colleen O'Donnell
Inmate Systems Officer
Federal Medical Center
Devens, Massachusetts 01432

Dear Ms. O'Donnell:

Effective Monday, April 15, 2002, you will be assigned to your regular duties in the mailroom. Your scheduled tour of duty will be Monday through Friday, 6:00a.m. to 2:30p.m. You are to leave the institution no later than 3:00pm.

If you plan to work outside of these hours for any reason (overtime,) you must notify your supervisor prior to working.

You are not to contact (in person or telephonically) or associate with David Reynoso, Intelligence Officer, at any time.

This schedule and these restrictions will remain in effect until further notice. Please contact Cynthia A. Lord, Human Resource Manager, extension 1152, if you have any questions or concerns regarding this notice.

Sincerely,

David L. Winn
Warden

I have received the original and one copy of this letter.

Signature _____ Date 4-15-02

BOP5275