**EXHIBIT 10**



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

April 12, 2002



David Reynoso
Intelligence Officer
Federal Medical Center
Devens, Massachusetts 01432

Dear Mr. Reynoso:

This letter is to provide you information on your return to duty.

Effective Monday, April 15, 2002, you will be assigned your regular duties in the SIS office. Your scheduled tour of duty will be Monday through Friday, 4:00p.m. to 12:00a.m. You are not to arrive to the institution prior to 3:30pm.

You will not be permitted to work on an armed post until the resolution of the pending criminal charges against you. If you plan to work outside these hours (overtime,) you must notify your supervisor prior to the shift.

You are not to contact (in person or telephonically) or associate with Colleen O'Donnell, Inmate Systems Officer, at any time.

This schedule and these restrictions will remain in effect until further notice. Please contact Cynthia A. Lord, Human Resource Manager, extension 1152, if you have any questions or concerns regarding this notice.

Sincerely,

David L. Winn
Warden

I have received the original and one copy of this letter.

Signature ____David R. Reynoso____   Date __4/15/02__