**EXHIBIT 13**





**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*Devens, MA 01432*

June 10, 2002

**MEMORANDUM FOR:** Steve Gagnon, Inmate Systems Officer

**FROM:** Colleen O'Donnell, Inmate Systems Officer

**RE:** Safety Issues

The purpose of this memorandum is to request another assessment for work place violence stemming from the situation that occurred on April 8, 2002 between myself and David Reynoso. I believe that the panel was not aware of David Reynoso's violent behavior towards me in the past. David Reynoso often threaten me in the past that he was going to kill me if I ever went to the police for help, I take David Reynoso's threats serious. He has put a gun to my head on several occasions and told me that one day he will kill me. Approximately a year ago, I tried to end the relationship with David and I took his key away that he had to the apartment, the next day I went to work and when I came home, I found him in my closet, to this day I have no idea how he got in. At work David Reynoso would often watch me on the SIS Camera's as I walked up and down the compound, when I would arrive to my destination the phone would call me and start yelling at me for talking to other men. David Reynoso has admitted to me in the past that he was arrested for Domestic Violence by choking a woman, he was arrested in 1991 and plead no contest, David also told me that all he had to do was attend anger management classes and the charge would be dropped off of his record. In a past relationship with another woman she had a restraining order on from approximately 1991 until 1997. David Reynoso's violent behavior has left me in fear of my life. As his trial date of July 23, 2002 is coming close, I feel increasingly more fearful that he will do something. I have heard that he has taken an emergency medical trip, which is in violation of the restraining order against him, and puts me more at fear to know that there is a possibility accessing a weapon easily. I am requesting that either David Reynoso or myself be put on administrative leave until the trial is over.

Cc  Michael Bollinger, Captain
Cc  Dr. Susan Bates, EAP
Cc  Bart Garner, Union President

*Sensitive Limited Official Use Only*

BOP5112