**EXHIBIT 15**

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                    DISTRICT COURT DEPARTMENT
                                  Docket No. 0248-CR-000665

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE COMMONWEALTH          \*
                          \*
vs.                       \*
                          \*
DAVID REYNOSO             \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEARING

DATE:     January 3, 2003

LOCATION: Ayer District Court

BEFORE:   Judge Peter J. Kilmartin

BOP5456

Page 2

APPEARANCES:

Ronald Segal, Esquire
23 Central Street
Lynn, Massachusetts   01901
781/599-2800
Representing the Defendant:

Sheila Kelly, Esquire
Assistant District Attorney
40 Thorndike Street
Cambridge, Massachusetts   02141
617/679-6500

ROBERT H. LANGE CO., INC.

1   effect, which Mr. Reynoso has abided by.
2           He has no record of convictions,
3   continuing from the Marines into Loomis
4   Fargo, and eventually, into almost four and a
5   half years at the prison facility at Fort
6   Devens, would come to an end forever were he
7   to have a conviction on this.
8           I don't mean to minimize the episode.
9   I'm trying to show what emotions led up to
10  this incident, and to demonstrate that any of
11  the injuries sustained were not serious ones
12  and didn't receive any medical attention.
13          Primarily, Your Honor, he's prepared
14  to have proceeded in this way in order
15  hopefully to preserve his career.
16          Thank you, Your Honor.
17          THE COURT: All right, thank you.
18          (Pause.)
19          THE COURT: All right. After hearing
20  both sides, I'm going to continue the matter
21  without a finding for fifteen months, on the
22  conditions that -- and he'll have to agree to
23  these; if he doesn't want to, then we'll
24  proceed with the trial, and you can withdraw

1    your plea -- that he's to have no contact and
2    stay away from Ms. O'Donnell and her family
3    and any members of her household; he's to pay
4    a victim/witness fee, a probation supervision
5    fee, and sign an alternative sentence form,
6    whereby he agrees if there's any further
7    violations of the terms and conditions of the
8    continuance without a finding, a guilty
9    finding will enter, and any authorized
10   sentence up to two and a half years in the
11   House of Correction will be imposed.
12          MR. SEGAL:  Your Honor, may I have a
13   moment?  May I have two minutes with him to
14   explain all the ramifications?
15          THE COURT:  Sure.  You can fill out
16   the Alternative Sentence form if he wants to
17   go forward.
18          MR. SEGAL:  Very well.  Thank you,
19   Your Honor.  May it be called one further
20   time?
21          THE COURT:  All right, we'll get back
22   to it in a moment.
23          THE CLERK:  Case is held for further
24   call.

| CRIMINAL DOCKET | DOCKET NO 02480 )00665 | ATTORNEY NAME Ronald Ian Segal | |
|---|---|---|---|
| COURT DIVISION Ayer | ☐ INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT REYNOSO, DAVID R 790 WESTERN AVE LYNN, MA | | 4.9.02 mc Gill | ☐ Attorney appointed (SJC R. 3:10) ☐ Atty denied and Deft Advised per 211D §2A ☐ Waiver of counsel found after colloquy Terms of release set: ☒ PR ☐ Bail ☐ Held (276 §58A) 4 M6 L c 2 76 S ☒ See back for special conditions Arraigned and advised: ☒ Potential of bail revocation (276 §58) ☐ Right to bail review (276 §58) ☐ Right to drug exam (111E §10) |
| DEFT. DOB AND SEX 05/04/1973  M | | | |
| DATE OF OFFENSE(S) 04/08/2002 | PLACE OF OFFENSE(S) DEVENS | | Advised of right to jury trial: ☐ Does not waive ☒ Waiver of jury trial found after colloquy |
| COMPLAINANT SULLIVAN, TROOPER | POLICE DEPARTMENT (If applicable) SP DEVENS | 12.2.02 McGill | |
| DATE OF COMPLAINT 04/08/2002 | RETURN DATE AND TIME | | Advised of trial rights as pro se (Supp. R. 4) Advised of right of appeal to Appeals Ct (R. 28) |

| COUNT/OFFENSE 1. 265/15A/A  A&B WITH DANGEROUS WEAPON c265 §15A(b) | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT 50 ☐ WAIVED |
|---|---|---|---|---|---|---|
| DISPOSITION DATE and JUDGE 1-3-03  Kilmartin | | SENTENCE OR OTHER DISPOSITION ☒ Sufficient facts found but continued without guilty finding until: 4-2-04 ☐ Probation   ☐ Pretrial Probation (276 §87) - until: Abide by all terms of Restraining Order ☐ To be dismissed upon payment of court costs/restitution · no contact/stay away from ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim  M S O'Donnell + her family (see ☐ Request of Deft   ☐ Failure to prosecute  ☐ Other: dft for cmpl) ☐ Filed with Deft's consent  ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C) | | | | |
| DISPOSITION METHOD ☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |
| | | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | | JUDGE | | DATE |

[Additional blank count/offense sections follow with identical form structure]

COURT ADDRESS
Ayer District Court
25 East Main Street
Ayer, MA 01432

CLERK-MAGISTRATE/ASST. CLERK  X    ON (DATE)

☐ ADDITIONAL COUNTS ATTACHED

BOP5403

| Following Court's Acceptance of Guilty Plea or Admission to Sufficient Facts | Docket No.(S) 02-665 | PCF# 783499 | Trial Court of Massachusetts District Court Department Ayer Division |
|---|---|---|---|

| Probationer's Name | Address |
|---|---|
| DAVID R. REYNOSO | |

TO THE ABOVE NAMED PROBATIONER: You are hereby placed on probation by this court. The start date and end date of your probation are as indicated. Unless excused by your probation officer, you must appear in court on the end date indicated, at which time a report on your probation progress will be made. If you fail to appear on that date or any other date required, a warrant may be issued for your arrest.

Probation Start Date: 1-3-03
Probation End Date: 4-2-04

### STANDARD CONDITIONS OF PROBATION

1. Obey all court orders and all city, state and federal laws, including any support order as defined in G.L. c. 119A, s.1A.
2. Report to your probation officer at such times as he or she requires, and make no false statements to your probation officer.
3. Allow your probation officer to visit your residence at such time as he or she requires.
4. Provide your residence address and employment address, and any change of address, as required by your probation officer.
5. Report to your probation officer within 48 hours of release from any arrest or incarceration.

### SPECIAL CONDITIONS OF PROBATION (You must comply with all items checked.)

6. ( ) EMPLOYMENT/SCHOOL: Remain employed or make reasonable efforts to attain employment or attend school.
7. ( ) LITERACY: Participate in literacy, basic education or other classes as directed by your probation officer.
8. ( ) DRUG FREE/TESTING: Remain ( ) drug free ( ) alcohol free and submit to random testing as required.
9. ( ) DRUG/ALCOHOL EVALUATION: Submit to drug and/or alcohol evaluation and successfully complete any
   ( ) residential ( ) non-residential treatment program(s), as directed by your probation officer.
10. ( ) SPECIFIC PROGRAMS: Comply with and complete the following program(s): ( ) Driver Alcohol Education
    ( ) Sex Offender ( ) 14-Day Residential driver Alcohol Education ( ) Other: _____
    ( ) Certified Batterer's Treatment: _____
11. ( ) MENTAL HEALTH: Submit to a mental health evaluation and any treatment program as directed.
12. ( ) NO CONTACT: Have no direct or indirect contact with: (name(s)) _____
13. ( ) SEX OFFENDER REGISTRY: Register in person as a sex offender at the police department in the city or town where you reside and comply with all other sex offender registration requirements as provided by G.L. c. 6, ss. 178C-178E.
14. ( ) COMMUNITY SERVICE: Perform _____ hours of community service as scheduled by your probation officer.
15. ( ) HOME CONFINEMENT/MONITORING: Submit to: ( ) Home Confinement ( ) Electronic Monitoring as instructed by your probation officer.
16. ( ) CURFEW: Comply with the following curfew time: _____ or as scheduled by your probation officer.
17. ( ) TRAVEL: Do not leave the Commonwealth without the written permission of your probation officer.
18. ( ) SEARCH: On the basis of a reasonable suspicion that a condition of the probationer's probation has been violated, a probation officer, or any law enforcement officer acting on the request of the probation office, may search the probationer's property, his or her residence, and any place where he or she may be living, and may do so with or without a search warrant depending on the requirements of law.
19. (X) OTHER CONDITIONS (1) STAY AWAY FROM COLLEEN O'DONNELL AND ALL HER FAMILY (2) ABIDE BY RESTRAINING ORDER

Ayer District Court - 25 East Main St. - Ayer, MA 01432

### FINANCIAL PAYMENTS AND PENALTIES:
Pay all court ordered assessments as described below:

| Fees | Amount | Due Date/Terms |
|---|---|---|
| Restitution | | |
| Probation Supervision Fee | 50 | monthly |
| V/W Assessment | | |
| Costs | | |
| Counsel Fee | | |
| Marginal Fee | | |
| Fine | | |
| Surfine | | |
| Head Injury | | |
| OUI Fee 24-D | | |
| OUI Victim Assessment Fee | | |
| Drug Analysis Fee | | |
| Civil Assessment | | |
| Default Assessment Fee | | |
| Default Removal Fee | | |
| TOTAL OWED | | |

### JUDICIAL ORDER AND SIGNATURE

TO THE ABOVE-NAMED PROBATIONER: You are hereby placed on probation by this court and ordered to observe and comply with the conditions set forth above, and as ordered by your probation officer as authorized above. Violation of any such condition may result in your arrest, revocation of probation, the entry of a guilty finding (if not already entered) and the imposition or execution of sentence.

Signature of Justice: x Peter J. Kilmartin, First Justice
Date of order: 1-3-03

### PROBATIONER'S ACKNOWLEDGEMENT OF ORDER

I have read and understand the above conditions of probation and I agree to observe them. I acknowledge receipt of a copy of these conditions.

Signature of Probationer: x David R. Reynoso
Signature of witnessing Probation Officer: x _____

BOP5402