**EXHIBIT 16**



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*



P.O. Box 880
Ayer, MA 01432

January 6, 2003

MEMORANDUM FOR David L Winn, Warden

FROM: Colleen O'Donnell, Inmate Systems Officer

SUBJECT: David Reynoso's Trial

On January 3, 2003, David Reynoso plead guilty to Domestic Assault and Battery with a Dangerous Weapon. The Judge that heard his plea sentenced him to fifteen months continued without a finding and fifteen months probation. The Judge also ordered David Reynoso to stay away from me and my family.

*Sensitive Limited Official Use Only*

BOP5103