# EXHIBIT 19



U.S. Department of Justice

Federal Bureau of Prisons



*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

January 8, 2003

Colleen O'Donnell
Inmate Systems Officer
Federal Medical Center
Devens, Massachusetts 01432

Dear Ms. O'Donnell:

Effective Monday, January 13, 2003, you will be assigned to your regular duties in ISM. Your scheduled tour of duty will be Monday through Friday, 9:30 a.m to 6:00 p.m.

If you plan to work outside of these hours for any reason (i.e. overtime), you must notify your supervisor in advance.

This schedule and these restrictions will remain in effect until further notice. Please contact Cynthia A. Lord, Human Resource Manager, extension 1152.

Sincerely,

David L. Winn
Warden

I have received the original and one copy of this letter.

Signature_____  Date_____