# EXHIBIT 20



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

January 8, 2003

David Reynoso
Intelligence Officer
Federal Medical Center
Devens, MA 01432

Dear Mr. Reynoso:

Effective Sunday, January 12, 2003, you will be assigned to your regular duties in the SIS office. Your scheduled tour of duty will be 12:00 a.m. to 8:00 a.m., Sunday through Thursday.

If you plan to work outside of these hours for any reason (i.e. overtime), you must notify your supervisor in advance.

This schedule and these restrictions will remain in effect until further notice. Please contact Cynthia A. Lord, Human Resource Manager, extension 1152.

Sincerely,

David L. Winn
Warden

I have received the original and one copy of this letter.

Signature *David R. Reynoso*        Date 1/8/03

BOP1454