**EXHIBIT 21**

**EXHIBIT 21**

**FILED UNDER SEAL**