**EXHIBIT 22**

 

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

January 21, 2003

MEMORANDUM FOR DAVID L. WINN, WARDEN

FROM: James Fletcher, MD

SUBJECT: Letter from Dr. George Milowe (RE; Colleen O'Donnell)

I have reviewed the above letter written by Dr. Milowe, January 8, 2003. In this letter there is a non-specific diagnosis offered of Post Traumatic Stress Disorder and a statement that she (Colleen O'Donnell) is totally disabled which is equally of a 'general purpose' nature. The closing portion of the letter offers a speculation of complete reversal of her 'disability' if certain environmental factors were modified.

My professional opinion is that the letter does not contain sufficient information to support any facts alleged in the letter and the conclusion that such a total disability is completely reversible owing to environmental factors is inconsistent with the practice of psychiatry.

I suggest that a formal review of the medical records and an independant evaluation of Ms. O'Donnell, by an independant psychiatrist, be initiated for the purpose of establishing fitness for duty at FMC Devens.