# EXHIBIT 23



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center. Devens*

P.O. Box 880
Ayer. MA 01432

EXHIBIT

January 9, 2003

MEMORANDUM FOR David L. Winn, Warden

FROM: Stephen D. Gagnon, ISM

SUBJECT: Colleen O'Donnell, ISO

On Thursday, January 9, 2003, at approximately 8:45 a.m., I spoke with Ms. Colleen O'Donnell. I explained to her that the Warden needed her written release for a Bureau Doctor to speak with her Doctor, Dr. George Milowe, regarding the current medical documentation received this morning. I explained to her that the Institution would either Fed Ex the release form to her or stop by her home so she could fill out and sign the form. Ms. O'Donnell gave permission for this to happen.

I also explained to her that she had less than two weeks of accumulated sick and annual leave. I explained that she needs to send a written request for Leave Without Pay (LWOP) to the Warden for approval.

The phone conversation was completed at approximately 8:50 a.m..

BOP0114