**EXHIBIT 24**



U.S. Depar⸺  ⸺ of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

January 9, 2003

Ms. Colleen O'Donnell
56 Chester Street
Malden, MA 02148

Dear Ms. O'Donnell:

Attached is an authorization to your current treating physician to release medical information to the Agency. We need this information to determinate your medical/physical ability to safety perform the essential functions of your position as an Inmate Systems Officer. Please sign and return the attached release letter no later than January 15, 2003. If you do not sign and return this release, we will base further decisions regarding your ability to safely perform the essential functions of your position on the information that is currently available.

Should you have any questions or need assistance in this matter, contact Cynthia A. Lord, Human Resource Manager, (978) 796-1152.

Sincerely,

Cynthia A. Lord
Human Resource Manager

D

*Sensitive Limited Official Use Only*

BOP0022



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

January 9, 2003

Dr. George Milowe
Board Certified in Psychiatry
11 Bickford Road
Malden, MA 02148

Dear Dr. Milowe:

I hereby authorize any duly accredited representative of the United States Federal Bureau of Prisons bearing this release, or a copy thereof, to obtain any information concerning my medical history. I hereby direct you to release such information upon request of the bearer. I understand that the information released if for official use by the Bureau of Prisons and may be disclosed to such third parties as necessary in fulfillment of official responsibilities.

I hereby release any individual, including record custodians, from any and all liability for damages of whatever kind or nature which may at any time result to me on account of compliance, or any attempts to comply, with this authorization. Should there be any question as to the validity of this release, you my contact me as indicated below.

Sincerely,

Colleen O'Donnell
Inmate Systems Officer
56 Chester Street
Malden, MA 02148
(781) 397-6332



*Sensitive Limited Official Use Only*

BOP0023