# EXHIBIT 25

**:CONFIDENTIAL**



CL 43
MDF  8·24·05

TO:  DAVID L. WINN, WARDEN
FROM:  COLLEEN O'DONNELL, INMATE SYSTEMS OFFICER
SUBJECT:  ADVANCED LEAVE
DATE:  01/21/03

I am respectfully requesting advanced leave with pay due to medical condition.

BOP0107