# EXHIBIT 26

  U.S. Departr....t of Justice    

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

January 23, 2003

Colleen O'Donnell
Inmate Systems Officer
56 Chester Street
Malden, MA 02148

Dear Colleen:

This is in response to your request for advanced sick leave. After reviewing your request, and the psychiatry staff review of the documentation you presented, I have recommended, and the Warden agrees, you will be granted 24 hours of advanced sick leave. This is to allow you sufficient time to obtain the requested medical documentation.

The medical documentation, you submitted does not provide sufficient information to support any facts alleged in the letter from George Milowe, M.D., stating you are totally disabled and the conclusion that your total disability is completely reversible based on environmental factors.

If you wish the Warden to re-consider your request for additional advanced sick leave the following information must be provided on your physician's letterhead and signed by your physician:

- an assessment of your current clinical status
- an estimate of the expected date of full or partial recovery

In addition you are required to submit a Standard Form 71 - Application for Leave, you must indicate the number of hours you are requesting, not to exceed 216 hours. This documentation must be received by January 31, 2003, or you will be placed on AWOL status beginning February 3, 2003.

Sincerely,

Stephen Gagnon
Inmate Systems Manager

# REQUEST FOR LEAVE OR APPROVED ABSENCE

| 1. NAME *(Last, First, Middle Initial)* | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| | |

| 3. ORGANIZATION | DOJ BOP |
|---|---|

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From: | To: | TIME From: | To: | TOTAL HOURS | 5. FAMILY AND MEDICAL LEAVE |
|---|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | | If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information: |
| ☐ Restored Annual Leave | | | | | | |
| ☐ Advance Annual Leave | | | | | | |
| ☐ Accrued Sick Leave | | | | | | ☐ I hereby invoke my entitlement to Family and Medical Leave for: |
| ☐ Advance Sick Leave | | | | | | ☐ Birth/Adoption/Foster Care |
| Purpose: ☐ Medical/dental/optical examination of requesting employee  ☐ Other  ☐ Care of family member/bereavement, including medical/dental/optical examination of family member\ | | | | | | ☐ Serious Health Condition of Spouse, Son, Daughter, or Parent  ☐ Serious Health Condition of Self |
| Compensatory Time Off | | | | | | Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993. |
| Other Paid Absence | | | | | | |
| ☐ Leave Without Pay | | | | | | |

6. REMARKS:

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE                                                                                          DATE

8. OFFICIAL ACTION ON REQUEST: ☐ APPROVED ☐ DISAPPROVED
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

SIGNATURE                                                                                                            DATE

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

U.S. OFFICE OF PERSONNEL MANAGEMENT                                          STANDARD FORM 71 (Rev. 12-97)
AUTHORIZED FOR LOCAL REPRODUCTION                                            PREVIOUS EDITION MAY BE USED

BOP0106