**EXHIBIT 30**



EXHIBIT
CL 51



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

February 10, 2003

MEMORANDUM FOR COLLEEN O'DONNELL, INMATE SYSTEMS OFFICER

FROM:       Rick Harnes, VLTP Screening Chairperson

SUBJECT:    Voluntary Leave Transfer Program (VLTP)

This is to inform you that the VLTP screening committee met on February 10, 2003, to review your application to become a participant for the Voluntary Leave Transfer Program (VLTP).

The committee has disapproved your request based on the following:

Your medical emergency is based on another staff member's employment with the Bureau of Prisons, and you would be able to return to work if the other individual was no longer employed. Accommodation of your work site has been afforded so that you may return to work. In addition, on January 21, 2003, you contacted Ned LaClair, Safety Manager, for the forms necessary to file a stress related claim, you requested these form again on February 10, 2003.

I