# EXHIBIT 32



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

January 21, 2003

MEMORANDUM FOR David L. Winn, Warden

FROM: Stephen D. Gagnon, Inmate Systems Manager

SUBJECT: Phone conversation with Colleen O'Donnell, Inmate Systems Officer


On Tuesday, January 21, 2003, at approximately 2:25 pm, I spoke with Colleen O'Donnell. I relayed to her that the Warden had received a letter from her attorney. It recommended that the institution make a "reasonable accommodation" in her work environment to enable her to come back to work. I asked her what this accommodation would be. She stated that it would be to have him removed.

She then asked me why I asked that question. I responded that she had told me that she would probably be back to work last week and that I had not heard from her. I then reminded her to apply for some sort of advanced leave as her annual and sick leave were running out. She told me that she had done a letter and faxed it to the Warden's office today.