# EXHIBIT 33




U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*


EXHIBIT

P.O. Box 880
Ayer, MA 01432

January 27, 2003

Colleen O'Donnell
56 Chester Street
Malden, MA 02148

Dear Ms. O'Donnell:

This is to advise you that I am unable to grant your accommodation request that another staff member be removed.

I have provided accommodation for your situation since April 2002, and I have been willing to continue to provide accommodation by ensuring that you work differing shifts, I can further restrict his work area to the camp, if you believe this to be a viable accommodation.

If the above accommodation is acceptable please advise me in writing. If not, I am open to examine other reasonable accommodations you may request.

Additionally, you verbally requested information regarding the Voluntary Leave Transfer Program. As stated in the Program Statement, you must apply to become a recipient. The application and instructions have been provided to you. Once the information is received, the Voluntary Leave Transfer Program Committee will meet and make a determination if you are eligible to become a recipient of donated leave. The decision is rendered by the Committee and is final.

Sincerely,

David L. Winn
Warden

BOP5098