# EXHIBIT 35

Feb-10-03 10:44A Sar  el M. Rizzitelli Jr.  2⁻3-736-9800                    P.01



### LAW OFFICES
# SAMUEL M.
# RIZZITELLI, JR.

26 Prindle Avenue                                                          Samuel M. Rizzitelli, Jr.
Derby, CT 06418
Tel./Fax (203) 736-9800

                                                            February 10, 2003

                                                            Via: Facsimile

David I.. Winn, Warden
FMC Devens
P.O. Box 880
Ayer, Massachusetts 01432
Facsimile: (978) 796-1118

RE:    Representation of Colleen O'Donnell

Dear Mr. Winn:

By now you should have received a statement from Colleen that I am representing her. As you
should know, there is no standard government form to be used to advise you of this legal
representation. Actually, according to the standards of every bar in every jurisdiction in this
country as well as every federal agency, my letter of January 23, 2003 should suffice for
recognition of legal representation. Trusting that you're not trying to make this any more
difficult or litigious than necessary, I assume you're just receiving bad advise from your human
resource manager.

From now on, please correspond directly with me and provide a copy to Colleen. First, we
haven't been advised that Cindy's January 9, 2003 request for a full medical release from Colleen
has been retracted. Please advise whether this request is still outstanding or retracted.

Second, we are reasserting our request that your agency provide Colleen with a reasonable
accommodation for post traumatic stress disorder. You have advised Colleen that you would be
willing to restrict Officer Reynoso to the camp. This may be a responsive accommodation and
we thank you for such. Please elaborate on this proposed resolution so that we may fully
understand any impact on Colleen.

In lieu of an accommodation, Colleen should be placed on administrative leave or authorized to
receive leave from the donated leave bank/pool until she can return to work. Lastly, Colleen did
not receive any pay for the last pay period. Please return her to a pay status immediately.
Thanks.

Sincerely,

Samuel M. Rizzitelli, Jr., Esq.

BOP0028