**EXHIBIT 36**

03/04/2003  13:33    9785341886    STAPLES    PAGE 02/02



EXHIBIT
CL 53
MDF 8-26-05

MEMORANDUM FOR David L. Winn, Warden

FROM: Colleen O'Donnell, I.S.O.

SUBJECT: Attorney

DATE: 03/04/03

Please be advised that Samual Rizzatelli, Jr. Attorney has been retained by me for all matters concerning my current case. Please send all correspondence to him. Mr. Rizzatelli is authorized to handle any and all employment and legal matters concerning me, and I authorize release of all confidential records on my behalf to his office.

CC: Attorney S. Rizzatelli Jr.
    C. Lord, HRM
    S. Gagnon, ISM



DEVENS FEDERAL MEDICAL CENTER
HUMAN RESOURCES

MAR - 4 2003

BOP0090