**EXHIBIT 37**

 

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

March 6, 2003

P.O. Box 880
Ayer, MA 01432

Samuel Rizzitelli, Jr.
26 Prindle Avenue
Derby, CT 06418

EXHIBIT
Winn  25
MDC  9-15-05

Dear Mr. Rizzitelli:

This is in response to your letter dated February 10, 2003, in which you request that reasonable accommodation be provided to Ms. O'Donnell for post traumatic stress disorder. An individual with a disability under the Americans with Disability Act (ADA), may request a reasonable accommodation. To qualify as an individual with a disability, they must have a physical or mental impairment that substantially limits one or more major life activities. Major life activities are activities that an average person can perform with little or no difficulty such as walking, breathing, seeing, hearing, speaking, learning and working. As both you and Ms. O'Donnell's doctor have indicated, she is capable of working and does not meet the definition of a qualified individual with a disability.

I have provided accommodation for Ms. O'Donnell's personal situation since April 2002. I have offered to continue to accommodate this situation by ensuring that the work schedules are for differing shifts and have offered to change the other staff member's duty location to the Camp which is approximately 1/4 mile from the main facility.

The Voluntary Leave Transfer Program Committee met and determined that Ms. O'Donnell was not eligible and disapproved her request. The decision rendered by the committee is final.

Administrative leave (excused absence) may be authorized only for employees who would otherwise be in a duty status or on authorized leave with pay. Ms. O'Donnell has exhausted her annual and sick leave. She has not contacted her supervisor regarding her pay/leave status and is currently considered to be absent without leave (AWOL).

As in the past, I will continue to provide this personal accommodation for Ms. O'Donnell, so she can return to a duty and pay status.

Sincerely,

David L. Winn
Warden

FAX - 3/7/03
FED EXP - 3/7/03   8350 1040 5916
SENT COPY REGULAR MAIL TO Colleen
3/7/a.

cc:  Colleen O'Donnell

BOP5627