**EXHIBIT 39**

**CONFIDENTIAL**

## LAW OFFICES
# SAMUEL M. RIZZITELLI, JR.

26 Prindle Avenue
Derby, CT 06418
Tel./Fax (203) 736-9800

Samuel M. Rizzitelli, Jr.

March 24, 2003

Via: Facsimile

David L. Winn, Warden
FMC Devens
P.O. Box 880
Ayer, Massachusetts 01432
Facsimile: (978) 796-1118



RE:   Colleen O'Donnell

Dear Mr. Winn:

You are not corresponding responsively. Please address this very important question that has been posed to you in earlier letters:

"...You have advised us that you would be willing to restrict Officer Reynoso to the camp. This may be a responsive accommodation and we thank you for such. **Please elaborate on this proposed resolution so that we may fully understand any impact on Colleen.**"

Your March 6, 2003 correspondence does not outline anything as you state in your March 21, 2003. You are causing unnecessary damages upon Colleen and future litigation of this matter with your refusal or inability to communicate effectively.

Sincerely,

Samuel M. Rizzitelli, Jr., Esq.

cc: Colleen O'Donnell, 56 Chester Street, Malden, MA 02148

BOP5617