**EXHIBIT 40**



**EXHIBIT**

CL 57



Complaint of Discrimination

*See instructions on reverse*

P-2003-0165

PRIVACY ACT STATEMENT: AUTHORITY: The authority to collect this information is received from 42 U.S.C. Section 2000e-16:29 CFR Sections 1614 106 and 1614 108.
2 PURPOSE AND USE: This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex, including sexual harassment, religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and to become part of the complaint file during the investigation, hearing and appeal, if one, to the Equal employment Opportunity Commission   EFFECTS OF NON-DISCLOSURE Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without

| | |
|---|---|
| 1. Complainant's Full Name<br><br>Colleen O'Donnell | 2. Your Telephone Number (including area code)<br>Home  (781) 397-6332 / (781) 264-0362 |
| Street Address, RD Number, or Post Office Box Number<br>56 Chester Street | |
| City, State and Zip Code<br>Malden, MA. 02148 | Work |

| | |
|---|---|
| 3. Which Department of Justice Office Do You Believe Discriminated Against You?<br><br>Federal Bureau of Prisons | 4. Current Work Address<br>FMC Devens, P.O. Box 880, Ayer, Massachusetts 01432 |
| | A. Name of Agency Where You Work |
| B. Street Address of Office<br>FMC Devens, P.O. Box 880 | B. Street Address of Your Agency |
| | C. City, State and Zip Code |
| C. City, State and Zip Code<br>Ayer, Massachusetts 01432 | D. Title and Grade of your Job<br>Inmate Systems Management Officer GS-07 |

**5.** Date on Which Most Recent Alleged Discrimination Took Place

Month     Day     Year

⊠ Continuing Violation

**6.** Check Below Why You Believe you Were Discriminated Against?

☐ Race or Color *(Give Race or Color)*
☐ Religion *(Give Religion)*
⊠ Sex *(Give Sex)*   ☐ Male   ⊠ Female
   ⊠ Sexual Harassment
☐ Age *(Give age)*
☐ Nation Origin *(Give National Origin)*
⊠ Disability   ☐ Physical   ⊠ Mental

☐ Sexual Orientation
⊠ Reprisal

7. Explain How You Believe You Were Discriminated Against *(Treated differently from other employees or applicants)* Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental). Sexual Orientation or Reprisal. *(You may continue you answer on another sheet of paper if you need more space.)*
January 3, 2003, Mr. Reynoso (whom works at same installation), plead guilty to Domestic Assault and Battery with a Dangerous Weapon upon the Complainant. The Judge sentenced him to fifteen months probation. Additionally, he was order to stay away from the Complainant.
January 6, 2003, Complainant advised Warden Winn of the January 3, 2003 guilty plea. Warden took no action to restrict Reynoso from Complainant and Complainant was not allowed to rotate her position according to the normal work schedule.
January 8, 2003, the Complainant was diagnosed with Post Traumatic Stress Disorder and totally disabled and unable to work at her current job in the current circumstances  The Warden refused to provide a reasonable accomodation.
Complainant was denied Voluntary Leave Bank Donations/Solicitations; additional Advance Sick Leave; and administrative leave with pay
On February 6, 2003, the Complainant was placed on AWOL status, notified and verified by Personal Earnings and Leave Statement.

8.  What Corrective Action Do You Want Taken on Your Complaint?

Make Whole
Attorney Fees and Cost
Retroactive Pay and Vacation and Sick Time Restored
Removal of current LWOP/AWOL status from any/all records
Retroactively placement on Administrative Leave from the time of effective LWOP/AWOL status to settlement of pending EEO/Legal Actions
Afforded all opportunities that are available to other staff; (i.e., training, institutional access and overtime, etc.)
Removal/Reassignment of my Assailant Mr. David Reynoso, Intelligence Officer, form FMC Devens
Written assurance from management that I will not be retaliated against in any form or fashion for my participation within this process or further legal actions raised

| | | |
|---|---|---|
| 9. A) I Have Discussed My Complaint With an Equal Employment Opportunity Counselor | B) Name of Counselor | |
| DATE OF FIRST CONTACT:<br>January 21, 2003 | DATE OF LAST INTERVIEW<br>March 27, 2003 | Kenneth Nichols | ☐ I Have Not Contacted an EEO Counselor |
| 10 ... e of This Complaint: | 11. Sign Your Name Here<br>Attorney Samuel M. Rizzitelli, Jr. for Complainant<br>26 Prindle Avenue Derby Connecticut 06418 (203) 736-9800 | |
| Month   Day   Year<br>3     31     2003 | | |

FORM DOJ-201A

**BOP5067**