**EXHIBIT 42**

```
CL 58
MDF  8-26-05
```

05/06/2003 15:05   978   1886                  STAPLES                              PAGE 06/09

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 02 50 RX RO-228 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports are on file at the _____ Police Department.
15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST: _____ (DOCKET #s) _____ (PCF #)
16. An imminent threat of bodily injury exists to the petitioner. Notice issued to _____ Police Department(s) by . telephone .. other _____

**B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐ service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
2. Defendant Information Form accompanies this Order.
3. Defendant has been served in hand by the Court's designee:  Name _____ Date _____

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | NEXT HEARING DATE | | |
|---|---|---|---|---|---|---|
| 4-9-02 | 10:30 | X A.M. / P.M. | 4-23-02 | 4-23-02 at 9:00 X A.M. P.M. in Courtroom ___ | | |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

SIGNATURE/NAME OF JUDGE: _H. Hall_

**C. PRIOR COURT ORDER EXTENDED.**
After a hearing at which the Defendant ☒ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated 4-9 -200_2_ shall continue in effect until the next expiration date below ☒ without modification with the following modification(s): _____

Return of items ordered surrendered or suspended in A.12 on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | NEXT HEARING DATE | | |
|---|---|---|---|---|---|---|
| 4-23-02 | 10:00 | X A.M. / P.M. | 4-23-03 | 4-23-03 at 9:00 X A.M. P.M. in Courtroom ___ | | |

SIGNATURE NAME OF JUDGE: _H. Hall_

**D. FURTHER EXTENSION.**
After a hearing at which the Defendant ☒ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated 4-23 -19/200_2_ shall continue in effect until the next expiration date below ☒ without modification with the following modification(s): _____

Return of items ordered surrendered or suspended in A.12 on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | NEXT HEARING DATE | | |
|---|---|---|---|---|---|---|
| 4-23-03 | 10:45 | A.M. / P.M. | 4-22-04 | 10 A.M. P.M. in Courtroom ___ | | 4-24-04 |

SIGNATURE NAME OF JUDGE: _____

**E. PRIOR COURT ORDER MODIFIED.**
Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____ 199___ shall be modified as indicated below: _____

TRUE COPY ATTEST

Return of items ordered surrendered or suspended in A.12 on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | A.M. / P.M. | EXPIRATION DATE OF ORDER | NEXT HEARING DATE |
|---|---|---|---|---|
| | | | at 4 P.M. | at ___ A.M. P.M. in Courtroom ___ |

SIGNATURE NAME OF JUDGE: _____

**F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER | A.M. / P.M. |
|---|---|---|---|
| | | | |

| WITNESS - FIRST OR CHIEF JUSTICE rd  PAUL F. MAHONEY | A true copy, attest (Asst.) Clerk Magistrate (Asst.) Register of Probate |
|---|---|

TX 2A (9/95)

COURT COPY

BOP0020