**EXHIBIT 44**



EXHIBIT



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

Samuel M. Rizzitelli, Jr.
26 Prindle Avenue
Derby, CT 06418

Dear Mr. Rizzitelli:

We look forward to Ms. O'Donnell returning to her position at F.M.C. Devens on June 11, 2003. Medical documentation provided through you from Ms. O'Donnell's Physician states that she may resume her job duties including overtime.

The issues between your client and Mr. Reynoso have been resolved by the courts of the Commonwealth of Massachusetts. We are aware of the court's decision. In addition, we will be holding both employees accountable for their behavior in accordance with the Standards of Employee Conduct.

At this time it is expected that Ms. O'Donnell will report for her regular duty on Wednesday, June 11, 2003. She is to report to her supervisor, Anthony Amico, Assistant ISM, who will advise her as to her scheduled tour of duty in ISM.

If Ms. O'Donnell has any questions or concerns she may address them with the Steve Gagnon, Inmate System Manager.

Sincerely,

David L. Winn
Warden

BOP0033