EXHIBIT 45

BOP0768

| NAME O'Donnell Colleen | | SSN | | PAY PERIOD 11 | CONTACT POINT | | GS | WS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| FT | PT | ADV LV CODE | | START JUNE 1, 2003 END JUNE 14, 2003 | | FINAL | | | CCT CODE |
| REG | | | | 8 8 8 | | 01 | | | 12 |
| SUN | | | | | | 04 | | | |
| A/L | | | | | | 61 | | | |
| FFLA | | | | | 62 | 62 | | | |
| H OFF/OTHER | | | | | | 66 | | | |
| HOL WRK | | | | | | 31 | | | |
| INJURY LEAVE | | | | | | 67 | | | |
| OT/40 | | | | | | 21 | 05 | | |
| OT/40 | | | | 8 | | 21 | 05 | 40 | 16 |
| AWOL | | 8 8 8 8 8 | | 8 | | | | | |

| | | | | T/C | 1st WK | 2nd WK |
|---|---|---|---|---|---|---|
| NON PAY STATUS | | | | | 71 | |

LEAVE RECORD

| CATEGORY | BROUGHT FORWARD | ACCRUED | AVAILABLE | USED | BALANCE TO DATE | REMARKS: |
|---|---|---|---|---|---|---|
| ANNUAL LEAVE | | | | | | |
| LWOP | | | | | | |
| COMP TIME | | | | | | TIME KEEPER'S INITIALS: |