# EXHIBIT 46



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

---

PO Box 880
42 Patton Road
Devens, MA 01432

EXHIBIT
C L 6 0
MDF  8-26-05

June 10, 2003

MEMORANDUM FOR: D. WINN, WARDEN

THRU: S. Gagnon, Inmate Systems Manager  *Acting ISM*

FROM: Colleen O'Donnell, Inmate Systems Officer

RE: Leave Request

Please be advised that I was preapproved for annual leave for June 19th and 20th. Due to my current circumstances I have no leave accrued. I have had a commitment for approximately two years for these two days. I am requesting 16 hours of LWOP or advanced annual leave. I thank you in advance for your cooperation in this matter.

DENIED PER WARDEN WINN
Ron ____, Acting WARDEN 6/11/03