**EXHIBIT 47**

EXHIBIT
CL 62



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

PO Box 880
42 Patton Road
Devens, MA 01432

June 16, 2003

MEMORANDUM FOR: Michael Bollinger, Captain

FROM:    James Diamond, Lieutenant

SUBJECT:    Vandalism Outside Mail Room

On May 16, 2003, at approximately 2:00 a.m., J. Jacques, Correctional Officer, telephoned the Control Center, and reported he found Vandalism at the Outside Mail Room. Specifically, Threats and Derogatory statements were Spray Painted on the Outside Walls, directed at Colleen O'Donnell, ISM, Staff Member. Additionally, Eggs were thrown on different areas. M. Bollinger, Captain, was contacted and directed this writer to contact the Massachusetts State Police. Trooper Labrcque, Badge #2883, arrived and conducted an interview with D. Reynoso, Senior Officer Specialist. Afterwards, we were instructed to maintain a Crime Scene. This was due to darkness and the inability to take Pictures of the scene. At approximately 6:00 a.m., this writer was informed that Trooper Labrcque, arrived back on the scene. Photographs, and the collection of Egg Shells were done. At approximately 7:15 a.m., Colleen O'Donnell, arrived at the entrance to the Drive Way to the Out Side Mail Room. She began asking J. Jacques, Correctional Officer, "What Happened, What Happened." Colleen O'Donnell, was the first employee to arrive at the Outside Mail Room This writer then summoned Trooper Labrcque, who then interviewed Ms. O'Donnell, around the Outside Mail Room area. M. Bollinger, arrived on the scene and conversed with Trooper Labrcque. While the Captain and Trooper, were conversing, Ms. O'Donnell, attempted to get in touch with Lieutenant Lavorado. She stated "He is Going To Go Off." J. Pittman, SIS, was summoned and Took Pictures, of the scene. Trooper Labrcque departed the scene with the Evidence. After completion of the Picture taking J. Pittman, departed the scene and the Outside Mail room was Declassified a Crime Scene. See attached Memorandum from J. Jacques Correctional Officer.

BOP1309