**EXHIBIT 48**

Federal Medical Center
Devens, Massachusetts

REFERRAL OF INCIDENT
(In Preparation of Telephonic Report)

| | |
|---|---|
| Date of Incident: | June 16, 2003 |
| Time of Incident: | Unknown |
| Place Incident Occurred: | FMC Devens Mail Room |
| Allegation(s): | Destruction of Government Property |
| Source of Allegation: | J. Diamond, Operations Lieutenant |
| Subject Information:<br>  Full Name:<br>  Title: | Unknown |
| Victim (Inmate) Information:<br>  Full Name:<br>  Title/Reg. No.: | Colleen O'Donnell<br>Inmate Systems Officer |

Summary of Incident: (Provide briefly, but complete summation of incident including names of any witnesses)
On June 16, 2003 at approximately 1:45 a.m., J. Jacques, Correctional Officer, were performing security checks of the Mail Room and discovered the building had been vandalized. Specifically, threats and derogatory statements were written about a staff member employed at Devens. The statements were, "Your dead bitch", The fat bitch", "Your dead O'Connell you cunt.". These statements were directed toward Colleen O'Donnell, Inmate Systems Officer.

Describe any action taken locally prior to OIA referral: Are local, state or federal authorities involved?
Colleen O'Donnell has been placed on Administrative Leave pending investigation of this incident.

C-Allegation          ___ Yes     _X_ No

CEO Name:         David L. Winn, Warden
Location:            Federal Medical Center, Devens, Massachusetts

NOTE: Please fax all pertinent information as soon as possible after completion of the telephonic referral. Include all statements, affidavits, medical reports, personnel actions as may apply.
OIA Fax:      FTS 368-8625          (202) 514-8625

Page 1 of 1

BOP1261