# EXHIBIT 51





U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

fed ex 8408 9168 0153

P.O. Box 880
Ayer, MA 01432

June 18, 2003

Colleen O'Donnell
56 Chester Street
Malden, MA 02148

Dear Ms. O'Donnell:

This is to advise you that for your personal safety Warden Winn has authorized that you will be placed on Administrative Leave for up to ten work days, not to exceed June 27, 2003. This action is being taken as a result of the June 16, 2003, incident which is currently under investigation by the Massachusetts State Police.

Administrative leave will be granted on a daily basis. Therefore, you are ordered to contact myself or Tony Amico, at 8:00 a.m. and 3:00 p.m. daily. This will allow us to provide you with any relevant updates or changes in your duty status. While on Administrative Leave you must report to the institution should you be directed to by myself or Mr. Amico.

Failure to contact myself or Mr. Amico as directed could result in disciplinary action up to and including removal.

If you have any questions please contact me.

Sincerely,

Stephen Gaghan
Inmate Systems Manager

BOP0057