**EXHIBIT 53**



 U.S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center Devens

P.O. Box 880
Ayer, MA 01432

June 23, 2003

Colleen O'Donnell
56 Chester Street
Malden, MA 02148

Dear Ms. O'Donnell:

We have received your Doctor's note of June 18, 2003, which states you are totally disabled. This letter is to advise you that Warden Winn will continue to grant you Administrative Leave through Friday, June 27, 2003. If you are unable to report for duty you must request Leave Without Pay (LWOP) from Warden Winn prior to Monday, June 30, 2003. Failure to formally request and receive approval for LWOP will necessitate your being in an Absent Without Leave status (AWOL). As you are aware AWOL status may lead to disciplinary action up to and including removal.

If you have any questions please contact me.

Sincerely,

Stephen Gagnon
Inmate Systems Manager


Attachment - SF-71

BOP0035