# EXHIBIT 54



# Memorandum

To: David L Winn, Warden

From: Colleen O'Donnell, Inmate Systems Officer

Date: June 26, 2003

I would like to request Advanced Sick leave, Administrative Leave or Leave without pay Starting June 30, 2003, until further notice. I would also like an Application and Instructions on Medical Retirement sent to me. Thank you in advance for your cooperation.

BOP0036