**EXHIBIT 57**



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

August 13, 2003

Colleen O'Donnell
56 Chester Street
Malden, MA 02148

Dear Ms. O'Donnell:

Numerous attempts to contact you telephone on Tuesday, August 12, 2003 and Wednesday, August 13, 2003, proved to be unsuccessful. I did however, leave three messages for you to contact me.

This is notice that your request for additional LWOP has been denied, as you failed to provide the required medical update as directed on July 29, 2003. Effective August 1, 2003, you have been placed on AWOL status.

As you were advised in a letter dated June 23, 2003, placement in AWOL status may lead to disciplinary action up to and including removal.

If you have any questions please contact me.

Sincerely,

Stephen Gagnon
Inmate Systems Manager