# EXHIBIT 59





U.S. Departr ̣ ̣t of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

November 18, 2003

Colleen O'Donnell
56 Chester Street
Malden, MA 02148

Dear Ms. O'Donnell:

This is in response to your message received on November 12, 2003, in which you inform me that you would like to return to work as soon as possible. You have provided a note from Brian L. Ackerman, M.D., which states "Colleen is now able to return to work full-time without any restrictions."

I am aware that since April 15, 2002, you have been involved in an outside personal situation with David Reynoso, another employee of this facility. I am also aware that Mr. Reynoso is subject to an Order of Protection related to an off duty confrontation between the two of you. Specifically, while Mr. Reynoso may return to work, he has been ordered to stay fifty (50) yards from you during the pendency of his probation and the Order of Protection. In the past, we have adjusted the schedules of both yourself and Mr. Reynoso to ensure that you would not be working together at the same time. Following your absence from the worksite for an extended period, you have requested to return to work. I have determined that you may return to work effective, Thursday, November 20, 2003; your duty hours will be Monday through Friday, 7:00 a.m. to 3:30 p.m. In an effort to facilitate the orderly running of the institution, while still allowing Mr. Reynoso to comply with the terms of the Order of Protection, per your agreement, you will be reassigned as Camp Officer upon your return. This adjustment is made to ensure both yourself and Mr. Reynoso (whose duties require that he work inside the institution) may safely and effectively work at FMC Devens; these terms will continue during the pendency of the Order of Protection until April 24, 2004. However, I will periodically review the situation and advise you of any changes.

You have requested to be free to utilize the staff dining hall and have access to the facility. You are free to go to any area of the Institution necessary in the performance of your duties; moreover, as your duty hours begin an hour and a half before Mr. Reynoso's, you should be able to enter the main institution during that period to address any personnel issues. You may use the Staff Dining Hall between 11:00 a.m. and 11:45 a.m. You may work overtime and attend special functions.

BOP4960

However, in performing these activities, if specific concerns should arise, please contact my office immediately so we can address your concerns. It is also your responsibility to conduct yourself professionally and avoid unnecessary contact with Mr. Reynoso during the course of your day.

Also, please be advised that you have pending Absent Without Leave charges that must be dealt with administratively in accordance with Bureau of Prisons policy and upon your return to work.

Sincerely,

David L. Winn
Warden

cc: Dawn D. McDonald, ESQ. (413)733-3042

Received by _____ on _____
              Name                                          Date

*Refused to sign for receipt of your attorney Orginal provided on 11/18/03 @ 12:36 pm by C. Ros*

BOP4961