**EXHIBIT 60**



U.S. Department Justice

Federal Bureau of Prisons

Washington, DC 20534

November 19, 2003

<u>Via Facsimile Only (413) 733-3042</u>
Dawn D. McDonald, Esq.
Cooley Shrair
1380 Main Street
Springfield, MA 01103

Dear Ms. McDonald:

I am in receipt of your November 18, 2003 letter in which you raise several concerns regarding Warden David Winn's letter of the same date to your client Colleen O'Donnell. As I explained to you in our telephone conversation today, the Office of Special Counsel had conveyed to us that Ms. O'Donnell and her prior attorney were amenable to Ms. O'Donnell returning to work at the Camp. The Agency was under the impression that your client was eager to return to work and had agreed to work at the Camp pursuant to settlement discussions related to resolving an Office of Special Counsel complaint filed by your client. Judging from the tenor of your letter and confirmed by our conversation, it is clear that there was a miscommunication between the various parties regarding Ms. O'Donnell's return to work. The Warden's previous letter to your client was merely an attempt to convey our understanding of Ms. O'Donnell's prior attorney's agreement as presented from the Office of Special Counsel, and an attempt to facilitate Ms. O'Donnell's return to work.

It was our understanding that Ms. O'Donnell did not want to return to the Mailroom where she was previously assigned. However, it now appears that our understanding was incorrect. In an effort to facilitate your client's return to work, we will be reassigning Mr. Reynoso to the Camp effective November 20, 2003, during the tenure of the Order of Protection. His duty hours will be 4:00 p.m. to midnight. Your client's duty hours will be her normal duty hours of 7:30 a.m. to 4:00 p.m.; she is to report to the Inmate Systems Management Department upon her return to duty on November 20, 2003.

Also, while your letter states that you are concerned that Warden Winn's letter threatens your client by stating that she will have to address her AWOL issue upon her return, as we discussed, regardless of the status of any pending EEO complaint or OSC complaint, your client has been unresponsive to inquiries regarding her unauthorized absence for some time. Accordingly, those issues will need to be addressed once she returns to work.

Hopefully, we have addressed your concerns. However, should you have any questions, please feel free to contact our office at (202) 307-2804.

Sincerely,

Kelly L. McDonald
Assistant General Counsel

cc:/Warden David Winn
    David Brooks (202) 653-5151