# EXHIBIT 61

NAME: O'Donnell Colleen    SSN: [redacted]    PT    GS    WS    OTHER

PAY PERIOD 22    CONTACT POINT    CCT CODE

START NOVEMBER 2, 2003    END NOVEMBER 15, 2003    FINAL

| FT | ADV LV CODE | SUN 11/2 | MON 11/3 | TUE 11/4 | WED 11/5 | THU 11/6 | FRI 11/7 | SAT 11/8 | SUN 11/9 | MON 11/10 | TUE 11/11 | WED 11/12 | THU 11/13 | FRI 11/14 | SAT 11/15 | PRE | T/C | SUP | 1ST WK | 2ND WK | APPRO CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | | | | | | | | | | | | | | | | | | | | | |
| REG | | | | | | | | | | | | | | | | | 01 | | | | |
| REG ND | | | | | | | | | | | | | | | | | 11 | | | | |
| SUN | | | | | | | | | | | | | | | | | 04 | | | | |
| SUN ND | | | | | | | | | | | | | | | | | 05 | | | | |
| A/L | | | | | | | | | | | | | | | | | 61 | | | | |
| S/L | | | | | | | | | | | | | | | | 62 | 62 | | | | |
| FFLA | | | | | | | | | | | | | | | | | 66 | | | | |
| H OFF/OTHER | | | | | | | | | | | | | | | | | 66 | 02 | | | | |
| H OFF ND | | | | | | | | | | | | | | | | | 31 | | | | |
| HOL WRK | | | | | | | | | | | | | | | | | 67 | | | | |
| INJURY LEAVE | | | | | | | | | | | | | | | | | | | | | |
| OT/40 | | | | | | | | | | | | | | | | | 21 | 05 | | | |
| OT/40 | | | | | | | | | | | | | | | | | 21 | 05 | 40 | | |
| OT/40 | | | | | | | | | | | | | | | | | 21 | 05 | 16 | | |
| AWOL | | 8 | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | |
| Admin Leave | | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | | | | | | | | | |

NON PAY STATUS

TOTAL: _____    TOTAL TIME WITH PAY _____

| | T/C | 1ST WK | 2ND WK | | TOTAL HOURS NON PAY |
|---|---|---|---|---|---|
| COMP E | 32 | | | | |
| LWOP | 71 | | | | |
| SUSPEN | 73 | | | | |

LEAVE RECORD

| CATEGORY | BROUGHT FORWARD | ACCRUED | USED | AVAILABLE | BALANCE TO DATE |
|---|---|---|---|---|---|
| ANNUAL LEAVE | | | | | |
| SICK LEAVE | | | | | |
| COMP TIME | | | | | |

REMARKS: 11/11 Veterans Day

TIME KEEPER'S INITIALS: [signature]

BOP0740

BOP0736

**NAME:** O'Donnell, Colleen     **PT** ☐   **FT** ☒     **PAY PERIOD 23**     **CONTACT POINT**     **GS** ___   **WS** ___   **OTHER** ___

**START NOVEMBER 16, 2003     END NOVEMBER 29, 2003     FINAL**

| 2002 | ADV LV CODE | SUN 11/16 | MON 11/17 | TUE 11/18 | WED 11/19 | THU 11/20 | FRI 11/21 | SAT 11/22 | SUN 11/23 | MON 11/24 | TUE 11/25 | WED 11/26 | THU 11/27 | FRI 11/28 | SAT 11/29 | PRE | T/C | SUF | 1ST WK | 2ND WK | CCT CODE | APPROP CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | | | | | | 8 | 8 | | | 8 | 8 | 8 | | 8 | | | 01 | | 16 | 32 | | |
| REG ND | | | | | | | | | | | | | | | | | 11 | | | | | |
| SUN | | | | | | | | | | | | | | | | | 04 | | | | | |
| SUN ND | | | | | | | | | | 8 | | | | | | | 05 | | | | | |
| A/L | | | | | | | | | | | | | | | | | 61 | | | | | |
| S/L | | | | | | | | | | | | | | | | 62 | 62 | | | | | |
| FFLA | | | | | | | | | | | | | 8 | | | | 66 | 02 | | 8 | | |
| H OFF/OTHER | | | | | | | | | | | | | | | | | 31 | | | | | |
| H OFF ND | | | | | | | | | | | | | | | | | 67 | | | | | |
| HOL WRK | | | | | | | | | | | | | | | | | 21 | 05 | | | | |
| INJURY LEAVE | | | | | | | | | | | | | | | | | 21 | 05 | | | | |
| OT/40 | | 8 | 8 | 8 | | | | | | | | | | | | | 21 | 05 | 24 | | | |
| OT/40 Admin Leave | | | | | | | | | | | | | | | | | | | | | | |

**TOTALS:**     **TOTAL TIME WITH PAY:** ___   **TOTAL HOURS NON PAY:** ___

**NON PAY STATUS**

| | T/C | 1ST WK | 2ND WK |
|---|---|---|---|
| COMP E | 32 | | |
| LWOP | 71 | | |
| SUSPEN | 73 | | |

**LEAVE RECORD**

| CATEGORY | BROUGHT FORWARD | ACCRUED | USED | AVAILABLE | BALANCE TO DATE |
|---|---|---|---|---|---|
| ANNUAL LEAVE | | | | | |
| SICK LEAVE | | | | | |
| COMP TIME | | | | | |

**REMARKS:** 11/27 Thanksgiving Day

**TIME KEEPER'S INITIALS:** (initials)