**EXHIBIT 62**



U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
Devens, Massachusetts, 01432

## A F F I D A V I T

Colleen O'Donnell
Counties of Worcester
Commonwealths of Massachusetts

I, Colleen O'Donnell, Federal Medical Centers (FMC), Devens, Massachusetts, make this statement freely without any promises or assurances:

1. That I have not taken any medication which would preclude me from providing a truthful statement, nor have I consumed any alcoholic beverages nor any illicit drugs prior to being interviewed. *CO*

2. That I do not have a recording device on my person or in my effects and I have been informed that this interview is not being recorded. *CO*

3. That I understand this is an official investigation and should cooperate fully by providing all pertinent information I may have. I understand that I have a duty to reply to questions in this investigation, and disciplinary action, including dismissal, may be undertaken if I refuse to answer or fail to reply fully and truthfully to each question. *CO*

4. That I have cooperated fully with this investigation and I do not know of or have any additional information that I have not already mentioned, concerning this case. I have been informed that I am not to discuss this interview without the permission of this investigator. I further understand that if I improperly discuss this matter, I may face adverse action to include removal from employment. *CO*

5. I further understand this investigation concerns AWOL Absence Without Official Leave. *CO*

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
*Devens, Massachusetts, 01432*

A F F I D A V I T continued:

6. My name is Colleen O'Donnell. *CO*

7. July 28, 2003 I did submit a request for Leave Without Pay. *CO*

8. I was approved for LWOP from July 30, 2003 until August 11, 2003. *CO*

9. On August 11, 2003 I submitted a request for additional LWOP. *CO*

10. On August 12, 2003 I was denied the additional leave request. *CO*

11. Based on legal advise from my former attorney I did not provide additional documentation. I had an appointment in September with Dr. Milow, my psychiatrist. My attorney stated I had given enough information to FMC Devens and advised mre not to give them anything additional information. *CO*

12. I thought he had my best interest in mind when he advised me not to contact the facility. *CO*

13. I did receive a message from Mr. Gagnon. I did not call him back. Again this decision was based on the advise of my former attorney. *CO*

14. I never did respond to Mr. Gagnons message nor the memorandum dated August 13, 2003. My former attorney advised me he would make all further contact with the institution. *CO*

15. I knew I was AWOL from August 13, 2003 until November 11, 2003. *CO*

16. For three (3) months I did not call or correspond with the institution. My former attorney advised me he would make all further contact with the institution. *CO*

BOP0050

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
Devens, Massachusetts, 01432

A F F I D A V I T   continued:

17. My doctor advised against me returning to work. My attorney stated I should not provide the facility with any additional information. *CO*

18. Both my doctor and my attorney were aware of my relationship with each other. *CO*

19. I used to see Dr. Milow approximately once every four to six weeks. He was treating me for Post Traumatic Stress Disorder. *CO*

20. I attempted to contact my attorney weekly. *CO*

21. I was cleared to return to work by Dr. Ackerman on November 10, 2003. *CO*

22. The issue of my being AWOL is more of a Mental Stress issue than a legal issue. *CO*

//////////////////// END OF STATEMENT ////////////////////

# OATH

I declare, under the pain and penalty of perjury, that the foregoing statement consisting of 3 page(s) is true and accurate to the best of my knowledge and belief.

_____
AFFIANT

Subscribed and sworn to before me this 10th day of December 2003.

Authorized by 5 U.S.C. 303
to Administer Oaths

Darren Brown _____
Special Investigative Agent
Federal Bureau of Prisons
FMC Devens

Sensitive Limited Official Use Only

BOP0052