**EXHIBIT 66**

 

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

June 10, 2004

Colleen O'Donnell
Inmate Systems Officer
Federal Medical Center
Devens, MA 01432

Dear Ms. O'Donnell:

On April 19, 2004, you were issued a notice which proposed that you be suspended for a period of thirty (30) calendar days for Excessive Unauthorized Absences and Failure to Follow Leave Procedures. In making my decision I have given full consideration to the proposal, to your written responses of May 12, 2004, and to the relevant evidence contained in the disciplinary action which has been made available to you. In addition you provided medical documentation for consideration which after my review has been sealed.

After careful consideration, I find the charge fully supported by the evidence in the disciplinary action file. Your suspension is warranted and in the interest of the efficiency of the service. As an employee of the Federal Bureau of Prisons it is incumbent upon the employee to ensure they follow established procedures to request leave and obtain a supervisor's approval for absences from the work site, Unauthorized absences place a strain on other in employees which, in turn, disrupts the orderly functioning of the department. However, because this is your first disciplinary action and because of the extenuating circumstances in your personal life over the past two years coupled with your medical issues, it is my decision that a letter of reprimand should have the desired corrective effect. A copy of this letter of reprimand is attached to this letter.

You have the right to appeal this decision under any of the following procedures:

- a grievance under the grievance procedure contained in the Master Agreement (negotiated grievance procedure);

or

BOP0002

- a formal complaint under the Department of Justice Equal Employment Opportunity Commission complaint procedures (EEO).

If you appeal this decision, you must elect to do so under only <u>one</u> procedure. You are considered to have made an election when you timely file, in writing, a grievance under the negotiated grievance procedure or a formal complaint with EEO. Please ensure you elect under which procedure you wish to proceed because, if you file under more than one procedure, the procedure under which you timely file first shall be considered to be your elected procedure.

If you elect to file a grievance under the negotiated grievance procedure, you must file in writing, no later than forty (40) calendar days from the date you receive this letter. You should file under Article 31 of the Master Agreement.

You may file an EEO complaint only if you believe this decision is based on discrimination because of race, sex, color, religion, age, physical or mental handicap, national origin, retaliation, or sexual orientation. If you elect to file a formal complaint with EEO, you must contact an EEO counselor within 45 calendar days from your receipt of this letter. If after counseling you wish to file a formal complaint, the complaint must be mailed no later than 15 calendar days after your receipt of the EEO counselor's notice of Final Interview. The address to which a formal complaint should be sent is: EEO Officer, Federal Bureau of Prisons, 320 First Street N.W., Washington, D.C., 20534. A formal complaint form may be obtained from an EEO counselor. The EEO counselors in this institution are: Donavan Gill, extension 1170, Percy Davis, extension 1170.

Should you have any questions or need assistance in this matter, contact Cynthia A. Lord, Human Resource Manager, extension 1152.

Sincerely,

David L. Winn
Warden

I have received the original and one copy of this letter.
Signature _____ Date 6-9-04

BOP0003