# EXHIBIT 67



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

June 10, 2004

Colleen O'Donnell
Inmate Systems Officer
Federal Medical Center
Devens, MA 01432

Dear Ms. O'Donnell:

You are hereby reprimanded for failing to excessive unauthorized absence and failure to follow leave procedures. You are advised that future misconduct may result in further disciplinary action, up to and including removal.

A copy of this letter will remain in your Official Personnel Folder for a period not to exceed two (2) years.

Sincerely,

David L. Winn
Warden

I have received the original and one copy of this letter

Signature _____  Date 6-9-04

*Sensitive Limited Official Use Only*

BOP0001