LAW OFFICES
## COOLEY, SHRAIR P.C.
1380 MAIN STREET – FIFTH FLOOR
SPRINGFIELD, MASSACHUSETTS 01103-1616
VOICE (413) 781-0750    FAX (413) 733-3042

WRITER'S DIRECT DIAL
(413) 735-8045

EMAIL: DMCDONALD@COOLEYSHRAIR.COM

DAWN D. MCDONALD*

*ALSO ADMITTED IN CONNECTICUT

FILE NO. 24763.1

April 18, 2006

Mr. Martin Castles
Courtroom Clerk to the
Honorable F. Dennis Saylor IV
Harold D. Donohue Federal Bldg & Courthouse
595 Main Street
Worcester, MA 01608

RE:   *Colleen O'Donnell v. United States*
      Civil Action No: 04-40190-FDS

Dear Mr. Castles:

Enclosed please find Exhibits 1, 3, 4, 6, 9, 13, 14, 15 and 17 to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment, which the undersigned counsel filed on April 18, 2006.

The parties had designated these documents as "CONFIDENTIAL" pursuant with the Court's August 22, 2005, protective order. The Plaintiff submits these documents to the Court in support of her Opposition to Defendant's Motion for Summary Judgment, under seal pursuant with the Court's March 16, 2006 order, so that the documents will not be available to the public.

If you have any questions or concerns, please feel free to call me.

Very truly yours,

Dawn D. McDonald

DDM/mdb
Enc.
cc. Colleen Lavorato
    Damian Wilmot, Esq.

{Document=X:\DOCS\24763\1\lettmemo\00091665.DOC;1}