```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

COLLEEN O'DONNELL,                )
                                  )
        Plaintiff,                )
                                  )    Civil Action No: 04-40190-FDS
        v.                        )
                                  )
ALBERTO R. GONZALES, ATTORNEY     )
GENERAL, U.S. DEPARTMENT          )
OF JUSTICE,                       )
                                  )
        Defendant.                )

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF FOR SUMMARY JUDGMENT

Defendant, Alberto R. Gonzales, the Attorney General for the United States of America, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby moves for leave to file a brief reply memorandum in support of his Motion for Summary Judgment.  The government believes that the brief memorandum clarifies the issues before the Court and will assist it in reaching a decision on the pending motions for summary judgment.

                                  Respectfully submitted,

                                  Michael J. Sullivan
                                  United States Attorney

                            By:   /s/Damian W. Wilmot
                                  DAMIAN W. WILMOT
                                  Assistant U.S. Attorney
                                  Moakley Federal Courthouse
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02110
Dated: May 1, 2006                (617) 748-3398

**CERTIFICATION UNDER L.R. 7.1**

    I certify that in accordance with Local Rule 7.1, on May 1, 2006, I have attempted to contact the Plaintiff's counsel and was unsuccessful.

                                                /s/ Damian W. Wilmot
                                                DAMIAN W. WILMOT
                                                Assistant U.S. Attorney