LAW OFFICES
## COOLEY, SHRAIR P.C.
1380 MAIN STREET – FIFTH FLOOR
SPRINGFIELD, MASSACHUSETTS 01103-1616

VOICE (413) 781-0750     FAX (413) 733-3042

WRITER'S DIRECT DIAL
(413) 735-8045

EMAIL: DMCDONALD@COOLEYSHRAIR.COM

DAWN D. McDONALD*

*ALSO ADMITTED IN CONNECTICUT

FILE NO. 24763.001

September 1, 2006

Mr. Martin Castles
Courtroom Clerk to the
Honorable F. Dennis Saylor IV
Harold D. Donohue Federal Bldg & Courthouse
595 Main Street
Worcester, MA 01608

RE:   *Colleen O'Donnell v. Federal Bureau of Prisons*, Civil Action No: 04-40190-FDS

Dear Mr. Castles:

   Currently pending in this case are Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto.

   Please be advised that if it is more convenient and in order to expedite these proceedings, Plaintiff requests that the Court rule based on the Memoranda and other documents provided by the parties and does not request oral argument.

   Plaintiff's counsel has conferred with defense counsel who is agreeable should the Court wish to proceed in this manner.

Very truly yours,

Dawn D. McDonald

DDM/hh

cc: Colleen Lavorato
    Damian Wilmot, Esq.

{Document=X:\DOCS\24763\1\lettmemo\00096701.DOC;1}