# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN O'DONNELL,                )<br>                                                         )<br>            Plaintiff,                         )<br>                                                         )<br>            v.                                     )<br>                                                         )<br>ALBERTO R. GONZALES, ATTORNEY )<br>GENERAL, U.S. DEPARTMENT     )<br>OF JUSTICE,                                 )<br>                                                         )<br>            Defendant.                      ) | Civil Action No: 04-40190-FDS |

## NOTICE OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

Pursuant to L.R. 83.5.2, please <u>enter</u> the appearance of Mark T. Quinlivan, Assistant United States Attorney, as counsel for the defendants in the above-captioned matter, and <u>withdraw</u> the appearance appearance of Damian W. Wilmot, Assistant United States Attorney.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN<br>
                                          United States Attorney

                            By:   /s/ Mark T. Quinlivan<br>
                                  MARK T. QUINLIVAN<br>
                                  Assistant U.S. Attorney<br>
                                  John Joseph Moakley U.S. Courthouse<br>
                                  1 Courthouse Way, Suite 9200<br>
                                  Boston, MA 02210<br>
                                  617-748-3606

Dated: September 18, 2006