**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COLLEEN O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: 04-40190-FDS |
| v. | ) | |
| | ) | |
| ALBERTO R. GONZALES, | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO CONTINUE PRETRIAL CONFERENCE**

Defendant Alberto R. Gonzales, Attorney General of the United States, hereby moves this Honorable Court to continue the pretrial conference currently scheduled for May 31, 2007, at 10:00 a.m., to a date during the week of June 4, 2007, or to a later date that is convenient for the Court. Counsel for the plaintiff has graciously assented to this motion, and has indicated her availability during the week of June 4, 2007. As grounds therefor, defendant states as follows:

1. On April 26, 2007, this Court entered a Procedural Order scheduling a pretrial conference in this matter for May 31, 2007, at 10:00 a.m.

2. Undersigned counsel has two other hearings scheduled for May 31, 2007: A merits hearing scheduled for 10:00 a.m. in Yuping Li v. Chertoff, Civil Action No. 06-10963 JLT; and a merits hearing scheduled for 2:30 p.m. in Sicalis v. Astrue, Civil Action No. 06-11654 RGS. A third hearing in Selden v. U.S. Food & Drug Admin., Civil Action No. 06-11807 NMG/RBC, which had been scheduled for 11:30 a.m., was continued on this date to August 13, 2007.

3. In view of these conflicts, defendant respectfully requests that this Court continue the pretrial conference to a date during the week of June 4, 2007, or to a later date that is convenient for the Court. Undersigned counsel has consulted with counsel for the plaintiff, Dawn D. McDonald,

who has assented to this motion and who has indicated her availability during the week of June 4,

2007.

WHEREFORE, with good cause having been shown, defendant respectfully requests that this

Court continue the pretrial conference scheduled for May 31, 2007, at 10:00 a.m., to a date during

the week of June 4, 2007, or to a later date that is convenient for the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated:  May 10, 2007

LOCAL RULE 7.1(a)(2) CERTIFICATE

Pursuant to Local Rule 7.1(a)(2), I certify that, on May 10, 2007, I spoke with counsel for the plaintiff, Dawn D. McDonald, regarding this motion, and Ms. McDonald stated that she assented to this motion and that she was available during the week of June 4, 2007.

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney