UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN O'DONNELL,              )<br>                                                 )<br>        Plaintiff,                         )<br>                                                 )   Civil Action No: 04-40190-FDS<br>        v.                                    )<br>                                                 )<br>ALBERTO R. GONZALES,         )<br>Attorney General of the United States,   )<br>                                                 )<br>        Defendant.                       )| |

**JOINT MOTION TO EXTEND
TIME FOR FILING PRETRIAL MEMORANDUM**

Plaintiff Colleen O'Donnell and defendant Alberto R. Gonzales, Attorney General of the United States, hereby move this Honorable Court to extend the time for filing their Joint Pretrial Memorandum from May 25, 2007, to May 30, 2007. As grounds therefor, the parties state that they need additional time to complete the Joint Pretrial Memorandum, particularly in view of the numerous documents that are at issue in this case. The Pretrial Conference also has been continued from May 31, 2007, to June 4, 2007, at 2:00 p.m.

WHEREFORE, with good cause having been shown, the parties respectfully requests that this Court extend the time for filing their Joint Pretrial Memorandum from May 25, 2007, to May 30, 2007.

|  |  |
|---|---|
| | Respectfully submitted, |
| The Plaintiff, | The Defendant, |
| By Her Attorney | By His Attorneys |
| /s/ Dawn D. McDonald<br>DAWN D. McDONALD<br>Attorney at Law<br>Cooley & Shrair<br>1380 Main Street<br>Springfield, MA 01103<br>(413) 781-0250 | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>/s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 |

Dated:   May 25, 2007