UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN O'DONNELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER D. KEISLER[1], )<br>Acting Attorney General of the United States, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-40190 FDS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, having resolved their differences, hereby jointly stipulate to the dismissal of this action with prejudice and with each side bearing its own attorney's fees and costs. All parties waive all rights to trial and/or appeal.

Respectfully submitted:

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| Colleen O'Donnell | Peter D. Keisler, Acting Attorney General of the United States, |
| | |
| /s/ Dawn D. McDonald | /s/ Mark T. Quinlivan |
| DAWN D. McDONALD | MARK T. QUINLIVAN |
| BBO# 647256 | Assistant U.S. Attorney |
| Cooley, Shrair P.C. | John Joseph Moakley U.S. Courthouse |
| 1380 Main Street | 1 Courthouse Way, Suite 9200 |
| Springfield, MA 01103 | Boston, MA 02210 |
| Northampton, MA 01061-0210 | (617) 748-3606 |
| (413) 781-0750 | |

Dated: October 9, 2007

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is automatically substituted for his predecessor as Attorney General, Alberto Gonzales.