UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Colleen O'Donnell

V.                                Case No. 04-CV-40190

Michael B. Mukasey

RECEIPT

Received of the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

Document # 21, 26 & 29

Name: Karin Bell AUSA
Address: 595 Main St
Worcester, MA
Telephone: 508 368-0106

[signature: LaBell]

Date: 4/15/08

(exh&docs.rct - 09/96)                    [rcpt.]
                                          [krcpt.]